UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HENRY MARTINEZ, | No. 2:23-cv-1323 KJN P |
| Petitioner, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY SHERIFF, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through appointed counsel. On January 11, 2024, petitioner filed a notice of intent to file an amended petition and requested that the court set a deadline to file a status report concerning the status of his investigation, whether he needs assistance to obtain prior defense attorneys' files, and whether he needs to exhaust state court remedies as a result of the investigation, as well as attendant timing issues. Good cause appearing, petitioner's request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request (ECF No. 17) is granted; and

2. On or before March 12, 2024, petitioner shall file a status report.

Dated: January 16, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mart1323.fb