UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HENRY MARTINEZ, | No. 2:23-cv-1323 KJN P |
| Petitioner, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY SHERIFF, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through appointed counsel. On March 12, 2024, petitioner filed a status report noting that petitioner's investigation is not yet complete and seeking an extension of time to file another status report. Good cause appearing, petitioner's request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request (ECF No. 19) is granted; and

2. On or before May 31, 2024, petitioner shall file another status report.

Dated: March 14, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/mart1323.eot

1