UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HENRY MARTINEZ, | No. 2:23-cv-1323 CSK P |
| Petitioner, | |
| v. | ORDER |
| BRIAN CATES, Warden, | |
| Respondent. | |

Petitioner, through counsel, filed a status report confirming counsel intends to file an amended petition. (ECF No. 24.) Given the complex nature of petitioner's conviction and the size of the record, petitioner is granted up to and including October 4, 2024, in which to file an amended petition and supporting brief.

Accordingly, IT IS HEREBY ORDERED that petitioner's amended petition and supporting brief (ECF No. 24) shall be filed on or before October 4, 2024.

Dated: June 10, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mart1323.am

1