UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HENRY MARTINEZ, | No. 2:23-cv-1323 CSK P |
| Petitioner, | |
| v. | ORDER |
| BRIAN CATES, Warden, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is petitioner's motion for a 45-days extension of time to file an amended petition. Counsel requires additional time to communicate with petitioner regarding proposed changes in the claims raised in the amended petition. Additionally, petitioner requires additional time to consider the proposed changes.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for extension of time (ECF No. 26) is granted; and

2. The amended petition is due on or before November 18, 2024.

Dated: October 1, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Mart1323.eot

2

1