IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFONSO HENRY MARTINEZ,** <br><br> Petitioner, <br><br> v. <br><br> **BRIAN CATES, Warden,** <br><br> Respondent. | Case No. 2:23-cv-1323 CSK P <br><br> [PROPOSED] ORDER |

    Petitioner is a state prisoner proceeding through appointed counsel.  On January 29, 2025, respondent was ordered to file a response to the amended petition within sixty days.  (ECF No. 33.)  On March 27, 2025, respondent filed a motion for first extension of time to file a response.  Good cause appearing, IT IS HEREBY ORDERED that respondent's motion (ECF No. 39) is granted.  Respondent shall have an additional 30 days, to and including April 30, 2025, to file a response to the petition for writ of habeas corpus.

Dated:  March 31, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mart1323.ext