UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HENRY MARTINEZ, | No. 2:23-cv-01323 TLN CSK |
| Petitioner, | |
| v. | ORDER |
| BRIAN CATES, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through appointed counsel. On April 30, 2026, petitioner filed a stipulation to voluntarily dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 49.) Good cause appearing, stipulation is approved, and this action is dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 30, 2026 stipulation (ECF No. 49) is approved; and

2. This action is dismissed with prejudice.

Dated: May 12, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mart1323.41a

1